**FILED**

07/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0583

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0583

IN THE MATTER OF:

N.T.,

     A Youth.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 5, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2023